IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ANDREW WOLTERS,<br>    Plaintiff, | ) ) ) | Civil Action No. 7:11-cv-00586 |
| v. | ) ) ) | **ORDER** |
| BOBBY RUSSELL,<br>    Defendant. | ) ) | By:  Hon. Jackson L. Kiser<br>       Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motion for a preliminary injunction is **DENIED** as moot; all pending motions are **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

**ENTER**: This 7th day of February, 2012.

                                                      /s/ Jackson L. Kiser
                                                      Senior United States District Judge
CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for Roanoke
FEB - 7 2012
JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk